

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00079-CV

Brian **O'NEILL** (cross-appellee),
Appellant

v.

Michael D. **TANGMAN** and Cindy Dechert Tangman (cross-appellants),
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-484
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

Delivered and Filed: April 13, 2022

JOINT MOTION TO DISMISS GRANTED

The parties have filed a joint motion to dismiss the appeal and cross-appeal, stating they have reached a settlement agreement resolving all issues in dispute between them. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). Costs of the appeals are taxed against the party who incurred them.

PER CURIAM